```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         FORT PIERCE DIVISION
                     CASE NO. 12-14064-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**JUAN MARCELO GUTIERREZ-IXCHIA**,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on June 11, 2013. A Report and Recommendation filed on June 19, 2013 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to the Sole Count of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of June, 2013.

                                                  DONALD L. GRAHAM
                                                  UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Diana Acosta, AUSA
        Panayotta Augustin-Birch, AFPD
```